UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Monika S. Rhone, | CIVIL 05-2923 PAM/FLN |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Midwest Readers Service Inc., et al., | |
| Defendants. | |

-----------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June   15  , 2006

                                                     s/Paul A. Magnuson
                                                     Paul A. Magnuson**,** Judge
                                                     United States District Court